United States Bankruptcy Court
**District of Massachusetts**

In re: Sundai, Boniswa K_____ , )
*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]* )
)
)
) Case No. ___
)
)
) Chapter **1**
Debtor )
)
Address: **31C Jay Street**_____ )
**Cambridge, MA  02139**_____ )
)
Employer's Tax Identification (EIN) No(s). [if any]: _____ )
Last four digits of Social-Security or Individual Tax- )
Payer-Identification (ITIN) No(s).,(if any): **4094**_____ )

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

. Name of Debtor (enter Last, First, Middle): **Sundai, Boniswa K**_____
Check the appropriate box and, if applicable, provide the required information.)

☑ Debtor has a Social Security Number and it is: **3 7 6 - 8 8 - 4 0 9 4**
   *(If more than one, state all.)*

☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN)
   it is: __ __ __ - __ __ - __ __ __ __
   *(If more than one, state all.)*

☐ Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

me of Joint Debtor (enter Last, First, Middle): _____
k the appropriate box and, if applicable, provide the required information.)

☐ Joint Debtor has a Social Security Number and it is: __ __ __ - __ __ - __ __ __ __
   *(If more than one, state all.)*

☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification Number (ITIN)
   and it is: __ __ __ - __ __ - __ __ __ __
   *(If more than one, state all.)*

] Joint Debtor does not have a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

inder penalty of perjury that the foregoing is true and correct.

_____   __8/2/2010__
ure of Debtor                                             Date

_____   _____
e of Joint Debtor                                        Date

nust provide information for both spouses.
ng a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.