UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

BROWN, CYNTHIA

Debtor

Case No. 10-19354-FJB

### MOTION OF DEBTOR TO DETERMINE THAT CHAPTER 13 STATEMENT OF CURRENT MONTHLY AND DISPOSABLE INCOME (FORM B22C) DOES NOT DETERMINE PLAN PAYMENT

Now comes the Debtor, Cynthia Ann Brown, and does hereby move this Honorable Court for an Order that her filed Chapter 13 Statement of Current Monthly and Disposable Income (Form B22C) does not Determine Plan Payment. In Support of this motion, Debtor states as follows:

1. Debtor filed for Chapter 13 Relief on August 30, 2010.

2. Debtor appeared with counsel at her duly scheduled 341 meeting on October 15, 2010.

3. At the 341 meeting, Debtor was examined under oath regarding her petition and schedules appurtenant thereto.

4. The Debtor's schedule I indicates that she has actual average monthly household income of $13,264.39, (with the vast amount of this income coming from her non-filing spouse).

5. The Debtor's schedule J indicates average actual monthly household expenses of $12,703.76.

6. The actual Statement of Monthly Net Income (from paragraph 20 of Schedule J) is $560.63 a month.

7. The above income and expense figures were used to complete the Chapter 13 Statement of Current monthly and Disposable Income (form B22C) and resulted in a proposed Plan payment of $2093.02.

8. The Debtor's proposed Plan proposes to pay the actual net disposable $560.63 in a monthly Plan payment for a period of 60 months.

9. On or about November 2, 2010, the Chapter 13 Trustee filed an objection to the Debtor's Plan because it did not propose to pay the amount determined by the B22C. Debtor has filed a response.

10. The Chapter 13 Trustee does not object to the actual income and expense figures on schedule I and J.

11. Future projected amounts the Debtor reasonably expends monthly for Recreation; Car Insurance; Holiday Gifts; Car Repairs; Home Maintenance; Misc. Household Expenses; and Cable bill total over $1,557 per month and are not either listed in the plain language of B22C or limited to some degree.

12. Debtor's actual future expenses are known and virtually certain to occur. Whereas, the B22C allows only certain expense deductions under a mechanical approach which is not related to the specific Debtor's actual projected future expenses.

13. It is evident that the Debtor has more in real monthly household expense than is apparently listed under the standard mechanical approach of the B22C form, and that Debtor has proposed to pay all that she can actual afford to pay.

14. The United States Supreme Court under <u>Hamilton, Chapter 13 Trustee v. Lanning,</u> No. 08-998, (decided June 7, 2010) has recently rejected the mechanical approach to viewing the Debtor's projected future disposable income.

WHEREFORE, the Debtor respectfully requests this Court for an Order allowing her Motion to determine that the Chapter 13 Statement of Current Monthly and Disposable Income (Form B22C) Does Not Determine Plan Payment.

Respectfully Submitted,

By: /s/ Terrence L. Parker, Esq.
B.B.O.#555277
Parker Law Offices
185 Alewife Brook Parkway
Suite 404
Cambridge, MA  02138
TParker612@aol.com

### CERTIFICATE OF SERVICE

The above signed hereby certifies that a copy of the within Motion to Determine was served upon the Debtor at her address of record and upon the Chapter 13 Trustee, John Fitzgerald, US Trustee, electronically via the CM/ECF system and to the attached service list.

Case Number:   10-19354   BROWN SERVICE LIST   1 of 6

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

AT&T Universal Card
PO Box 6239
Sioux Falls, SD 57117

Apex Financial Management
1120 W Lake Cook Road
Buffalo Grove, IL 60089

BAC Home Loan Servicing
450 American Street
Simi Valley, CA 93065

BAC Home Loans Servicing, LP
PO Box 15222
Wilmington, DE 19886-5222

Chase Bank
PO Box 15298
Wilmington, DE 19850

Chase Bank
PO Box 78509
Phoenix, AZ 85062

Chase/BankOne
P.O. Box 15145
Wilmington, DE 19580

NOV-12-2010 01:00P FROM: TO:918772297079 P.5
Case 10-19354    Doc 23    Filed 11/14/10    Entered 11/14/10 14:49:42    Desc Main
                 Document         Page 5 of 9

2 of 6

Citi Auto
2208 Hwy 121
Bedford, TX 76021


CitiFinancial Auto
Bankruptcy Department
P.O. Box 1472
Minneapolis, MN 55440-1472


CitiFinancial Auto
PO Box 9585
Coppell, TX 75019


Citibank
PO Box 6241
Sioux Falls, SD 57117


City Of Brockton
Office Of The Collector Of Taxes
45 School Street
Brockton, MA 02301


Debora Debonis
Massachusetts Department Of Revenue
200 Arlington Street, Rm 4300
Chelsea, MA 02150


Department Stores National Bank/Macys
Bankruptcy Processing
PO Box 8053
Mason, OH 45040


Discover Bank
Dfs Services LLC
PO Box 3025

3 of 6

New Albany, OH 43054-3025
Discover Financial Service
PO Box 15316
Wilmington, DE 19850


Discover Financial Services, LLC
Attn: Bankruptcy Department
PO Box 3025
New Albany, OH 43054


HSBC
Attn: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197


HSBC
PO Box 961245
Fort Worth, TX 76161


Hilco Receivables
Attn: Bankruptcy
1120 Lake Cook Road, Suite B
Buffalo Grove, IL 60089


Internal Revenue Service
120 Liberty Street
Brockton, MA 02301


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Macy's
9111 Duke Blvd
Mason, OH 45040

NOV-12-2010 01:01P FROM: TO:918772297079 P.7
Case 10-19354    Doc 23    Filed 11/14/10    Entered 11/14/10 14:49:42    Desc Main
Document    Page 7 of 9

4 of 6

Macy's / FDSB
Attn: Macy's Bankruptcy
PO Box 8053
Mason, OH 45040


Macy's / FDSB
Macy's Bankruptcy
PO Box 8053
Mason, OH 45040


Massachusetts Department Of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564


National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125


USA
Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605


Sears / CBSD
701 East 60th Street N
Sioux Falls, SD 57117


Sears / CBSD
PO Box 6189
Sioux Falls, SD 57117

NOV-12-2010 01:01P FROM: TO:918772297079 P.8
Case 10-19354    Doc 23    Filed 11/14/10    Entered 11/14/10 14:49:42    Desc Main
                          Document      Page 8 of 9

5 of 6

Sears / CBSD
Sears Bankruptcy Recovery
PO Box 20363
Kansas City, MO 64195


Silverleaf Resorts, Inc.
1221 Riverbend Drive
Suite 120
Dallas, TX 75247


Textron Financial Corporation
40 Westminster Street
Providence, RI 02903


Universal / Citibank
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195


Universal / Citibank
PO Box 6241
Sioux Falls, SD 57117


WF Fin Bank
Wells Fargo Financial
4137 121st Street
Urbendale, IA 50323


Wells Fargo Bank, N.A.
4137 121st Street
Urbandale, IA 50323


Wells Fargo Cards
3201 N. 4th Avenue
Sioux Falls, SD 57104

NOV-12-2010 01:01P FROM: TO:918772297079 P.9
Case 10-19354    Doc 23    Filed 11/14/10    Entered 11/14/10 14:49:42    Desc Main
Document    Page 9 of 9

6 of 6

eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 29262

New York, NY 10087-9262
eCAST Settlement Corporation, assignee
of Citibank (South Dakota), N.A.
POB 29262
New York, NY 10087-9262

Cynthia Ann Brown
26 Highland Terrace
Brockton, MA  02301