UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Cynthia Ann Brown                                    **Case/AP Number** 10-19354 -FJB
                                                                **Chapter** 13

　　　#20 Objection of Chapter 13 Trustee to Confirmation of Debtor's Chapter 13 Plan (C. Bankowski)
　　　#21 Response of Debtor (T. Parker)

**COURT ACTION:**

#20　　　Hearing held
　　　　　Granted　　　　　Approved　　　　　Moot
　　　　　Denied　　　　　Denied without prejudice　　　　　Withdrawn in open court
　　　　　Overruled　　　　　Sustained
　　　　　Continued to_____
　　　　　Proposed order to be submitted by _____
　　　　　Stipulation to be submitted by _____
　　　　　No appearance by _____
Show Cause Order 　　　　　Released 　　　　　Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

For the reasons set forth on the record, the objection to plan is hereby sustained. The Debtor shall file an amended plan and motion to approve same on or before December 30, 2010.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_ 　　Dated: 12/09/2010
Frank J. Bailey
United States Bankruptcy Judge