UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Cynthia Ann Brown  Case/AP Number 10-19354 -FJB
Chapter 13

#20 Objection of Chapter 13 Trustee to Confirmation of Debtor's Chapter 13 Plan (C. Bankowski)
#21 Response of Debtor (T. Parker)

**COURT ACTION:**

#20 ___Hearing held
___Granted  ___Approved  ___Moot
___Denied  ___Denied without prejudice  ___Withdrawn in open court
___Overruled  ___Sustained
___Continued to _____
___Proposed order to be submitted by _____
___Stipulation to be submitted by _____
___No appearance by _____
Show Cause Order  ___Released  ___Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

For the reasons set forth on the record, the objection to plan is hereby sustained. The Debtor shall file an amended plan and motion to approve same on or before December 30, 2010.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_  Dated: 12/09/2010
Frank J. Bailey
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0101-1           User: ncalvo                 Page 1 of 1                   Date Rcvd: Dec 10, 2010
Case: 10-19354                 Form ID: pdf012              Total Noticed: 1

The following entities were noticed by first class mail on Dec 12, 2010.
aty           +Terrence L. Parker,   185 Alewife Brook Parkway,   Suite 404,   Cambridge, MA 02138-1104

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 12, 2010**                   **Signature:**    *Joseph Speetjens*