UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

IN RE:  BROWN, CYNTHIA           )   CHAPTER 13
        Debtor                   )
                                     CASE: NO. 10-19354-FJB

## AMENDED CERTIFICATE OF SERVICE
## RE: MOTION TO APPROVE

I, Terrence L. Parker, the undersigned attorney for the Debtor, do hereby certify, that on December 31, 2010, a copy of the attached Motion to Approve Debtor's Amended Plan, Amended Plan, and the Debtor's Amended Schedule J, was served upon the Chapter 13 Trustee, Carolyn Bankowski, via ECF: to the Debtor; and to all attorneys who have made an appearance: all known interested parties; and all creditors as shown on the attached service list.

Dated: 1/10/2011

Terrence L. Parker, Esq.
Attorney for Debtor
185 Alewife Brook Parkway
Cambridge, MA  02109
(617) 491-2265
BBO: # 555277
TParker612@aol.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

IN RE: BROWN, CYNTHIA        )    CHAPTER 13
      Debtor                )
                                                                                CASE: NO. 10-19354-FJB

## MOTION TO APPROVE DEBTOR'S AMENDED PLAN

Cynthia Brown, Debtor in the above-captioned case hereby amends her current Plan substituting the Amended Plan for that originally filed and amended, pursuant to Fed. R. Bankr. P. 1009(a) and Local Rule 1009-1 and the Local Rules, Appendix 1, Rule 13-10. As grounds therefore, Debtor files this Amended Plan pursuant to the Trustee's objections. This Amendment does not adversely affect any creditor. This Amendment is requested prior to confirmation.

## CERTIFICATE OF SERVICE

I, Terrence L. Parker, attorney for the Debtor, hereby certifies that a copy of the foregoing Amended Plan of the Debtor has been this day served upon the Chapter 13 Trustee, Carolyn Bankowski, via ECF, and to the Debtor, and to all attorneys who have made an appearance and all creditors on the attached service list.

Dated: 12/31/2010

Terrence L. Parker, Esq.
Attorney for Debtor
185 Alewife Brook Parkway
Cambridge, MA 02109
(617) 491-2265
BBO: # 555277
TParker612@aol.com

| Case Number: | 10-19354 | BROWN SERVICE LIST | 1 of 6 |

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL  33131


AT&T Universal Card
PO Box 6239
Sioux Falls, SD 57117


Apex Financial Management
1120 W Lake Cook Road
Buffalo Grove, IL 60089


BAC Home Loan Servicing
450 American Street
Simi Valley, CA 93065


BAC Home Loans Servicing, LP
PO Box 15222
Wilmington, DE 19886-5222


Chase Bank
PO Box 15298
Wilmington, DE 19850


Chase Bank
PO Box 78509
Phoenix, AZ 85062


Chase/BankOne
P.O. Box 15145
Wilimington, DE 19580

Citi Auto
2208 Hwy 121
Bedford, TX 76021

CitiFinancial Auto
Bankruptcy Department
P.O. Box 1472
Minneapolis, MN 55440-1472

CitiFinancial Auto
PO Box 9585
Coppell, TX 75019

Citibank
PO Box 6241
Sioux Falls, SD 57117

City Of Brockton
Office Of The Collector Of Taxes
45 School Street
Brockton, MA 02301

Debora Debonis
Massachusetts Department Of Revenue
200 Arlington Street, Rm 4300
Chelsea, MA 02150

Department Stores National Bank/Macys
Bankruptcy Processing
PO Box 8053
Mason, OH 45040

Discover Bank
Dfs Services LLC
PO Box 3025
New Albany, OH 43054-3025

Discover Financial Service
PO Box 15316
Wilmington, DE 19850

Discover Financial Services, LLC
Attn: Bankruptcy Department
PO Box 3025
New Albany, OH 43054

HSBC
Attn: Bankruptcy Department
P.O. Box 5213
Carol Stream, IL 60197

HSBC
PO Box 961245
Fort Worth, TX 76161

Hilco Receivables
Attn: Bankruptcy
1120 Lake Cook Road, Suite B
Buffalo Grove, IL 60089

Internal Revenue Service
120 Liberty Street
Brockton, MA 02301

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Macy's
9111 Duke Blvd
Mason, OH 45040

Macy's / FDSB
Attn: Macy's Bankruptcy
PO Box 8053
Mason, OH 45040

Macy's / FDSB
Macy's Bankruptcy
PO Box 8053
Mason, OH 45040

Massachusetts Department Of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

National Capital Management, LLC.
8245 Tournament Drive
Suite 230
Memphis, TN 38125

PRA Receivables Management, LLC
As Agent of Portfolio Recovery Assocs.
P.O. Box 12914
Norfolk, VA  23541

USA
Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Sears / CBSD
701 East 60th Street N
Sioux Falls, SD 57117

Sears / CBSD
PO Box 6189
Sioux Falls, SD 57117

5 of 6

Sears / CBSD
Sears Bankruptcy Recovery
PO Box 20363
Kansas City, MO 64195


Silverleaf Resorts, Inc.
1221 Riverbend Drive
Suite 120
Dallas, TX 75247


Textron Financial Corporation
40 Westminster Street
Providence, RI 02903


Universal / Citibank
Attn: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195


Universal / Citibank
PO Box 6241
Sioux Falls, SD 57117


WF Fin Bank
Wells Fargo Financial
4137 121st Street
Urbendale, IA 50323


Wells Fargo Bank, N.A.
4137 121st Street
Urbandale, IA 50323

6 of 6

Wells Fargo Cards
3201 N. 4th Avenue
Sioux Falls, SD 57104


eCAST Settlement Corporation, assignee
of Chase Bank USA, N.A.
POB 29262
New York, NY  10087-9262


eCAST Settlement Corporation, assignee
of Citibank (South Dakota), N.A.
POB 29262
New York, NY 10087-9262

Cynthia Ann Brown
26 Highland Terrace
Brockton, MA  02301