**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Cynthia Ann Brown                              **Case/AP Number** 10-19354 -FJB
                                                         **Chapter** 13

> #39 Motion filed by Debtor Cynthia Ann Brown to Approve RE: [38] First Amended Chapter 13 Plan with certificate of service (Parker, Terrence)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted.  The Chapter 13 Trustee shall submit a proposed confirmation order.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 02/23/2011
Frank J. Bailey
United States Bankruptcy Judge